# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-                                                      Case No. 6:95-cr-91-Orl-18DAB

**ELIJA WILLIAMS**

## REPORT AND RECOMMENDATION

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| MOTION: | MOTION FOR ADDITIONAL CORRECTIONAL TREATMENT (Doc. No. 325) |
| FILED: | February 13, 2012 |

**THEREON** it is respectfully **RECOMMENDED** that the motion be **GRANTED**.

**RECOMMENDED** in Orlando, Florida on this 12th day of April, 2012.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
Defendant